UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>V.<br><br>MELISSA M. KESSELL,<br><br>DEFENDANT | CIVIL ACTION NO.:<br>2:25-cv-00149-JAW |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(1)**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1), Plaintiff United States Department of Agriculture hereby gives notice that this action is voluntarily dismissed. Defendant Melissa M. Kessell has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

    Dated this June 11, 2025.

                                                              /s/ *Kevin J. Crosman*
                                                              Kevin J. Crosman, Bar No. 4279
                                                              Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

  I hereby certify that on June 11, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

  The following parties were notified by First Class Mail, Postage Pre-Paid:
Melissa Kessell
30 Pine Street
Paris, Maine 04271

  Dated at Portland, Maine, this 11th day of June 2025.

/s/ *Kevin J. Crosman*
_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff